UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-0104 (MJD/JGL)

ECOLAB INC.,

          Plaintiff,

v.  **ORDER**

BETCO CORPORATION,

          Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for lack of prosecution.

Dated: September 15, 2005

                                          s/ Michael J. Davis
                                          MICHAEL J. DAVIS
                                          Judge, U.S. District Court